# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

―――――――――――――――――

Case No. 6D23-958
Lower Tribunal No. 19-CA-006593

―――――――――――――――――

VERANDAS AT MCARTHUR PALMS CONDOMINIUM ASSOCIATION, INC.,

Appellant,

v.

AMERICAN COASTAL INSURANCE COMPANY,

Appellee.

―――――――――――――――――

Appeal from the Circuit Court for Lee County.
Leigh Frizzell Hayes, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and GANNAM, JJ., concur.


Jeremy D. Bailie, of Weber, Crabb & Wein, P.A., St. Petersburg, for Appellant.

Ezequiel Lugo, of Banker Lopez Gassler, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED